**COURTROOM DEPUTY'S MINUTES**      **MIDDLE DISTRICT OF ALABAMA**

---

☐ INITIAL APPEARANCE      DATE: April 17, 2006
☐ BOND HEARING
☐ DETENTION HEARING      Digital Recording 2:05 - 3:06
√ PRELIMINARY EXAMINATION
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj36-SRW     **DEFENDANT NAME:** Ricardo Gonzalez-Orozco

**AUSA:** Todd Brown     **DEFT. ATTY:** Kevin Butler/Christine Freeman

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:**

Interpreter needed: ( ) NO; (√) YES    Name: Beverly Childress

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

PROCEEDINGS CONTINUED:

| Time | Event |
|---|---|
| 2:05 p.m. | Court convenes. Interpreter sworn.. |
| 2:06 p.m. | Mr. Butler invokes witness rule. Testimony begins. Government's direct examination. (Hamrick) |
| 2:11 p.m. | Mr. Butler's cross-examination. (Hamrick) |
| 2:34 p.m. | Court's questions to witness. (Hamrick) |
| 2:35 p.m. | Mr. Butler's cross-examination continues. (Hamrick) |
| 2:36 p.m. | Government's direct examination. (Henderson) |
| 2:41 p.m. | Mr. Butler's cross-examination. (Henderson) |
| 2:49 p.m. | Court's questions to witness. (Henderson) |
| 2:50 p.m. | Mr. Butler's cross-examination continues. (Henderson) |
| 2:54 p.m. | Government rests. |
| 2:55 p.m. | Mr. Butler's direct examination. (Cole) |
| 3:05 p.m. | Defendant rests. Court finds probable cause and binds defendant over for further proceedings. |
| 3:06 p.m. | Court recessed |