FILED

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:06cr114-WHA |
| | ) | [ 8 U.S.C. 1326(a); |
| v. | ) | 18 U.S.C. 1028(a)(6)] |
| | ) | |
| | ) | |
| RICARDO GONZALEZ-OROZCO | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about April 10, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**RICARDO GONZALEZ-OROZCO,**

an alien who had been deported and removed from the United States, thereafter entered and was found in the United States, without obtaining prior consent of the Attorney General of the United States and the Secretary for the Department of Homeland Security, for reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

On or about April 10, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**RICARDO GONZALEZ-OROZCO,**

knowingly possessed an identification document or authentication feature that was and appeared to be an identification document and authentication feature of the United States which was stolen and produced without lawful authority knowing that such document and feature was stolen and produced

without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney

2