IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs. ) | CR NO.   2:06CR114-WHA |
| ) | |
| RICARDO GONZALEZ-OROZCO ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **May 17, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**RICARDO GONZALEZ-OROZCO**

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **17**[TH] day of **May, 2006** at **10:00 o'clock a. m**.

   **DONE** this 3rd day of May, 2006.

                              VANZETTA P. MCPHERSON
                              UNITED STATES MAGISTRATE JUDGE

                              By: _____
                                           Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defender's Office