**COURTROOM DEPUTY MINUTES**  **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:28 -10:34

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR114-WHA   **DEFT. NAME:** RICARDO GONZALEZ-OROZCO

**USA:** TODD BROWN   **ATTY:** Christine Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

Defendant √ does   does NOT need an interpreter; NAME Beverly Childress

---

- ☐ Kars. Date of Arrest _____ or ☐ karsr40
- ☐ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff. Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. ☐ **BOND EXECUTED** (M/D AL charges) $_____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr. **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  √ **Trial Term** 10/24/06 ; √ **PRETRIAL CONFERENCE DATE:** 6/2/06
  √ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- √ Kwvspt **Waiver of Speedy Trial Act Rights Executed**.