**COURTROOM DEPUTY'S MINUTES**          **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:23 - 9:26**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson     DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 2:06cr114-WHA**          **DEFENDANT(S): Ricardo Gonzalez-Orozco**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Hardwick | * | Christine A. Freeman |
| | | |
| | * | |
| | * | |

❑ **DISCOVERY STATUS:**          **Complete**

_____

_____

_____

❑ **PENDING MOTION STATUS:**          **Motion to Suppress**

_____**Court to Issue Order setting response and hearing deadline**_____

_____

❑ **PLEA STATUS:**

_____

_____

_____

❑ **TRIAL STATUS**          **1 day for trial**
                           **10/24/06 Trial Term**

_____

_____

❑ **REMARKS: Defendant may require a Bench Trial if case goes to trial; Government has not agreed to a**
           **bench trial**

_____

_____

_____

_____