IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr114-WHA |
| | ) | |
| RICARDO GONZALEZ-OROZCO | ) | |

## ORDER

Upon consideration of the defendant's Motion to Suppress and Citations of Authority filed on 1 June 2006 (Doc. # 22), and for good cause, it is ORDERED as follows:

1. The government shall file its response on or before 14 June 2006.

2. The parties shall appear for an evidentiary hearing on the motion on 29 June 2006 at 2:00 p.m. in Courtroom 5-A, Frank M. Johnson Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

3. The Clerk of the court is DIRECTED to provide a court reporter and an interpreter for the hearing.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE