IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:06CR114-WHA |
| ) | |
| RICARDO GONZALEZ-OROZCO ) | |

<u>**UNITED STATES' RESPONSE TO COURT ORDER,
DOCUMENT #28, FILED ON JUNE 22, 2006**</u>

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to this court's Order (Doc. #28), filed on June 22, 2006, as follows:

The defendant filed a motion to suppress (Doc. #22), which averred that the defendant produced "a valid California driver's license" (Doc. #22, p. 2). The government filed its response to defendant's motion to suppress (Doc. #26, p. 1), which averred that the defendant produced "a California identification card." The Court, recognizing that the only issue in dispute is whether defendant possessed a valid driver's license, ordered the parties to "file a copy of the documents that the defendant produced on 10 April 2006 when he was stopped." (Doc. 28, p.2).

Pursuant to this Court's Order, the government has attached as government exhibit "A", a copy of the front and back of the California Identification Card presented by the defendant on April 10, 2006. In addition, the government has attached as government exhibit "B", a printout from the Department of Public Safety Criminal Information Center, which discloses that the defendant, Ricardo Gonzalez-Orozco, may have had a driver's license at some time. However, the Operator Licence Number ("OLN") C6140445, (same number as the Identification Number), expired on 04/19/03. The status stated that the OLN is "suspended or revoked." Moreover, it should be noted

that the back of the identification card states,

> "This identification card is issued solely as a means of identification; it does not establish eligibility for employment, voter registration, or registration, or public benefits."

Exhibit A.

Therefore, based upon the information provided, the defendant's motion to suppress is due to be denied, without the necessity of a hearing, since the defendant did not possess a valid driver's license at the time of his stop.

Respectfully submitted on this 27th day of June 2006.

>> LEURA G. CANARY
>> UNITED STATES ATTORNEY
>>
>> /s/Tommie Brown Hardwick
>> TOMMIE BROWN HARDWICK
>> One Court Square, Suite 201
>> Montgomery, AL 36104
>> Phone: (334) 223-7280
>> Fax: (334) 223-7135
>> E-mail: tommie.hardwick@usdoj.gov
>> ASB4152 W86T

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR114-WHA |
| | ) | |
| RICARDO GONZALEZ-OROZCO | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I have mailed by United States Postal Service the foregoing document to the following: Christine A. Freeman, Esquire.

Respectfully submitted,

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T