**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:06-cr-114-WHA** |
| | ) | |
| **RICARDO GONZALEZ-OROZCO** | ) | |

**DEFENDANT'S MOTION TO WITHDRAW
PREVIOUSLY FILED MOTION TO SUPPRESS**

**COMES NOW** the Defendant, **Ricardo Gonzalez-Orozco**, by and through undersigned counsel, Christine A. Freeman, and moves this Honorable Court to withdraw his previously filed Motion to Suppress.  As grounds for granting this Motion, Defendant would show the following:

1. Mr. Gonzalez-Orozco previously filed a Motion to Suppress in which he sought to suppress all evidence and all statements seized as a result of an illegal stop, search and/or seizure on April 10, 2006.

2. The parties have reached a plea agreement in this case, and the Defendant and the Government agree that a ruling on the suppression motion is no longer necessary.

3. Mr. Gonzalez-Orozco  filed a Notice of Intent to Change Plea on June 29, 2006.

**WHEREFORE**, for the foregoing reasons, Mr. Gonzalez-Orozco respectfully requests that his previously filed Motion to Suppress be denied as moot.

Dated this 29th day of June 2006.

Respectfully submitted,

s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
FEDERAL DEFENDERS
Counsel for Ricardo Gonzalez-Orozco
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Christine_Freeman@fd.org
TN Bar Code: 11892

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Tommie Brown Hardwick, Esq.
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104

s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
FEDERAL DEFENDERS
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Christine_Freeman@fd.org
TN Bar Code: 11892