IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
V.    )    CASE NO.: 2:06-cr-114-WHA
    )
RICARDO GONZALEZ-OROZCO    )

**DEFENDANT'S RESPONSE TO COURT ORDER
REGARDING PREVIOUSLY FILED MOTION TO SUPPRESS**

**COMES NOW** the Defendant, **Ricardo Gonzalez-Orozco**, by and through undersigned counsel, Christine A. Freeman, and files the following response to the Court's Order of June 22, 2006.

1.    Based on initial investigation, counsel believed that Mr. Gonzalez-Orozco presented a valid California driver's license to the arresting officer at the time of the traffic stop on April 10, 2006.

2.    Counsel was subsequently informed that records existed of defendant's having a California driver's license.

3.    Further investigation has established that defendant's valid California license was suspended in 2005; that defendant presented a California identification card to the officer; and that defendant's Mexico driver's license, while in his wallet and arguably conferring a right to drive on the United States highways, see Ala. St. §32-6-2(3), was not displayed to the officer.

4.    The parties have reached a plea agreement in this case; the Defendant has withdrawn the motion to suppress; and Mr. Gonzalez-Orozco has filed a Notice of Intent to

Change Plea.

Respectfully submitted,

s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
FEDERAL DEFENDERS
Counsel for Ricardo Gonzalez-Orozco
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Christine_Freeman@fd.org
TN Bar Code: 11892

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Tommie Brown Hardwick, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
FEDERAL DEFENDERS
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Christine_Freeman@fd.org
TN Bar Code: 11892