IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR114-WHA |
| | ) | [WO] |
| RICARDO GONZALEZ-OROZCO | ) | |

**ORDER ON MOTION**

The evidentiary hearing on the defendant's Motion to Suppress (Doc. # 22) was set for this date at 2:00 p.m. The defendant has now filed a Notice of Intent to Change Plea (Doc. # 30) and a Motion to Withdraw Previously Filed Motion to Suppress (Doc. # 31). For good cause, it is ORDERED as follows:

1. The Motion to Withdraw the motion to suppress is GRANTED, and the evidentiary hearing is hereby CANCELLED.

2. Upon consideration of the Notice of Intent to Change Plea and the plea agreement provided to the court on this date, the parties and their counsel are DIRECTED to appear for a change of plea hearing at the time originally set for the evidentiary hearing, to wit, 2:00 p.m. on 29 June 2006 in Courtroom 5A in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 29th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE