| COURTROOM DEPUTY MINUTES | DATE: 6/29/06 | DIGITAL RECORDING: 2:20 - 2:45 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: | Mitchell Reisner |

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr114-WHA*    **DEFENDANT NAME:** *Ricardo Gonzalez-Orozco*

**AUSA:** *Tommie Brown Hardwick*    **DEFENDANT ATTY:** *Christine A. Freeman*

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _____

Defendant _____ does   __x__ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty            ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

   X Count(s) __1__ of the Felony Indictment.

   x Count(s) __2__  ❏ dismissed on oral motion of USA;

      x to be dismissed at sentencing

**x—** **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

**X—** Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____   ❏ _____ Bond  ❏ to be set by Separate Order

x— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or  x Sentencing - to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.