**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:06-cr-00114-WHA-VPM** |
| | ) | |
| **RICARDO GONZALEZ-OROZCO** | ) | |

**UNOPPOSED MOTION TO SET SENTENCING HEARING**

**COMES NOW** the Defendant, Ricardo Gonzalez-Orozco, by undersigned counsel, and respectfully moves that this matter be set for sentencing hearing. In support of this Motion, defendant would show as follows:

1.  The defendant, Ricardo Gonzalez-Orozco, was arrested on this matter on April 10, 2006.

2.  Following indictment on May 2, 2006 (D.E. 16), Mr. Gonzalez-Orozco entered into a plea agreement with the United States, and a guilty plea and plea agreement were entered in this matter on June 29, 2006 (D.E. 34, 35, 36).

3.  The plea agreement specified, pursuant to F.R.Cr.P. 11(c)(1)( C), that a sentence of four months incarceration would be imposed.

4.  The preliminary presentence report has now been completed and there are no objections to the report.

5.  The presentence report includes a recommendation that the Guidelines sentencing range of zero to six months is applicable.

6.  If accepted and imposed by the Court, the plea agreement sentence of four

months will effectively be served on or about August 10, 2006.

7. Government counsel does not oppose this Motion.

8. Government counsel is presently counsel of record in two matters scheduled for trial on August 7 and August 9, 2006.

WHEREFORE, defendant prays that this Motion be granted and this matter be set for sentencing hearing, at the earliest possible opportunity.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Ricardo Gonzalez-Orozco
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Assistant U.S. Attorney.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org