IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr114-WHA |
| RICARDO GONZALEZ-OROZCO ) | |

# **ORDER**

Upon consideration of the Unopposed Motion to Set Sentencing Hearing (Doc. #37), and for good cause shown, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. This case is set for a sentencing hearing on Tuesday, August 22, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 8th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE