# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | | |
|---|---|---|---|---|
| DATE COMMENCED: | August 22, 2006 | | AT: | 10:00 a.m. |
| DATE COMPLETED: | August 22, 2006 | | AT: | 10:08 a.m. |

UNITED STATES OF AMERICA     )
            )
vs.                    )   CR. No. 2:06cr114-WHA
            )
RICARDO GONZALEZ-OROZCO   )

---

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Brown Hardwick | Christine Freeman |

---

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Doug Mathis, USPO |
| Elna Behrman, Courtroom Deputy | Daniel Harrell, Law Clerk |

COURTROOM PROCEEDINGS

**(X)**    **Sentencing Hearing**

Hearing commences.
Interpreter is sworn.
Parties have reviewed the presentence report and have no objections.
Defendant's counsel speaks in mitigation.
Court addresses the Defendant.
Sentence is stated.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.
Court is adjourned.