AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

RICARDO GONZALEZ-OROZCO

**EXHIBIT LIST**

Case Number: 2:06cr114-WHA

| PRESIDING JUDGE<br>W. Harold Albritton | PLAINTIFF'S ATTORNEY<br>Tommie Brown Hardwick | DEFENDANT'S ATTORNEY<br>Christine Freeman |
|---|---|---|
| DATE<br>8/22/06 | COURT REPORTER<br>Risa Entrekin | COURTROOM DEPUTY<br>Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 | 8/22/06 |  |  | Copy of California identification papers |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**C6140445**    DRIVERS LICENSE    CLASS:    EXP DATE: N/A

**RICARDO GONZALEZ-OROZCO**

DOB: 04/19/1963
SEX:
HAIR:                HEIGHT:
EYES:                WEIGHT:
APP DATE: 12/17/2004        APP OFFICE: 532
ISSUE DATE: 12/17/2004      ISSUE OFFICE: 532
PHOTO DATE: 12/17/2004      PHOTO OFFICE: 532
PHOTO SEQ #: 6230
TECHNICIAN ID: G6           TYPE APP: D
RSTR:
ENDORS:



State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. C6140445

Date MAY 9 - 2006    Signed [signature]

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

Machine: RETSTA_5 (RWS Ver 3.03)
05/09/2006 09:28:23



PENGAD-Bayonne, N.J.

**DEFENDANT'S EXHIBIT**

# DRIVER RECORD INFORMATION

**STATE OF CALIFORNIA — DEPARTMENT OF MOTOR VEHICLES**
A PUBLIC SERVICE AGENCY

## IDENTIFICATION OF DRIVER BASED ON INFORMATION SUBMITTED

| DRIVERS LICENSE OR ID CARD # | F.O. BATES NO. | TYPE APP | DATE | MISC. INFO. SUBMITTED BY REQUESTER | REQ. CODE | RECORD DATE |
|---|---|---|---|---|---|---|
| C6140445 | POM POL 2 | 121704 | | LAW ENF CTR BRENDA C | 66998 | 050904 |

GONZALEZOROZCO, RICARDO    00648

953 E 4TH ST
POMONA      CALIF 91766    12/23/04

OTHER: 2103 COGSWELL
EL MONTE CALIF     02/07/01

| BIRTHDATE | SEX | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|
| 041963 | M | 502 | 188 | GREEN | BROWN |

### DRIVER LICENSE INFORMATION

| CLASS | ISSUED | EXPIRES | EXT | RESTRICTIONS |
|---|---|---|---|---|
| C-COM | 050198 | 041903 | | |

**DMV USE ONLY**
CL DA7 05/09 BLK 999
DUP 062398    LIC HELD 1503

### COURT DISPOSITION

| ITEM | VIOLATION OR ACC DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR ACCIDENT OR OUT-OF-STATE VIOLATION(S) | STATUTE | TYPE | DOCKET CITATION OR FR FILE NUMBER | JAIL OR CYA | AMT | LOCATION OF COURT OR ACCIDENT REPORT NUMBER | VEHICLE LICENSE |
|---|---|---|---|---|---|---|---|---|---|---|
| NONE TO REPORT | | | | | | | | | | |

ANY ACCIDENTS SHOWN ABOVE DO NOT NECESSARILY INDICATE DRIVER RESPONSIBILITY

SUBJECT ISSUED ID CARD 12/30/04 EXPIRES 04/19/10
AKA: OROZCO, RICARDO GONZALEZ

### DEPARTMENT OF MOTOR VEHICLES

State of California

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.
Motor Vehicle File No. C6140445
Date MAY 10 2006    Signed [signature]
In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

DMV CPD INFO RELEASE UNIT
MAIL STATION G198
PO BX 944231
SACRAMENTO    CA    94244

| DEPARTMENT ACTION | MAIL ORDER DATE | EFFECTIVE DATE | AUTHORITY SECTION(S) OR OTHER STATE TAKING ACTION | THRU DATE OR TERM | REASON FOR ACTION | TYPE | SERVICE OF ORDER DATE | FR FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| SUSPENDED | 122404 | 052305 | 17520 | | DSS – SUSPENSION | M | 122304 | |
| | | | VERBAL NOTICE DOCUMENT ON FILE | | | | | |

* SEE REVERSE FOR EXPLANATION OF CODES

DL414 (REV 04/97)